\*\*E-filed 5/22/07\*\*

1  BARRY J. PORTMAN
Federal Public Defender
2  CYNTHIA C. LIE
Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DIAZ-BANUELOS

6

7                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
  UNITED STATES OF AMERICA,           )    No. CR-07-00250 JF
11                                     )
                Plaintiff,             )    STIPULATION AND [PROPOSED]
12                                     )    ORDER CONTINUING HEARING
  vs.                                  )
13                                     )
  JOSE DIAZ-BANUELOS,                  )
14                                     )
                Defendant.             )
15 _____)

16                              **STIPULATION**

17       The parties hereby stipulate and agree that the initial district court appearance in the

18 above-captioned matter, currently set for Wednesday, May 23, 2007, may be continued to

19 Wednesday, June 6, 2007 at 9:00 a.m.  The reason for the requested continuance is that the

20 parties are in the process of finalizing the terms of a proposed settlement agreement pursuant to

21 Rule 11(c)(1)(C).

22       The parties further stipulate and agree that 14 days may be excluded from the time within

23 which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and

24 (h)(8)(B)(iv), for the effective preparation of counsel.

25

26

Stipulation and [Proposed] Order Continuing
Hearing                              1

Dated: May 21, 2007

                               s/_____
                               CYNTHIA C. LIE
                               Assistant Federal Public Defender

Dated: May 21, 2007

                               s/_____
                               BENJAMIN KENNEDY
                               Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance in the above-captioned matter shall be continued from May 21, 2007 to Wednesday, June 6, 2007 at 9:00 a.m.

It is further ordered that 14 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), as the time reasonably necessary for effective preparation of counsel.

Dated: May 22, 2007

                               _____
                               JEREMY FOGEL
                               United States District Judge